**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

              Plaintiff,              Case No: 97-CR-20019-DT

v.

JOHN McCULLOUGH,

              Defendant.
_____/

## ORDER FOR IMMEDIATE REMAND TO CUSTODY

Defendant John McCullough was granted permission to voluntarily surrender to the FMS in Springfield, Missouri on June 18, 2008 to begin his custodial sentence. Due to transportation problems he surrendered to the US Marshal in Bay City, Michigan.

After a review by the court, and consultation with the US Probation Officer and the officials at FMS Springfield,

IT IS ORDERED that the defendant is REMANDED to custody of the United States Marshal. The United States Marshal is DIRECTED to expedite the transfer/transportation of the defendant to the FMS Springfield.

                                  S/Robert H. Cleland
                                  ROBERT H. CLELAND
                                  UNITED STATES DISTRICT JUDGE

Dated: June 18, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 18, 2008, by electronic and/or ordinary mail.

                                  S/Lisa Wagner
                                  Case Manager and Deputy Clerk
                                  (313) 234-5522